July 25, 2005

Hon. Jack B. Weinstein
U.S. District Judge
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 0 9 2005 ★
BROOKLYN OFFICE

Re: Andres Ballares
04 CR. 1053 (JBW)

Dear Judge Weinstein—

After our conference this morning, Mr. Ballares asked if you would reconsider your ruling and keep the case, as he wishes to enter a plea to the Indictment today.

Thank you for your consideration.

Frank Handelman

---

Motion for reconsideration is denied. No basis for a change is suggested.

So ordered

7/25/05